FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 30 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS COOPER,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>TIM VIRGA, Warden,<br><br>　　　　Respondent. | Case No. CV 12-4905-MWF (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge.  No objections to the Report and Recommendation have been filed.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that Respondent's motion to dismiss is DENIED.  Respondent is ORDERED to file an Answer to the Petition within 30 days of service of this Order.

DATED: January 29, 2013

_____
MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE