**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVIS COOPER, | ) Case No. CV 12-4905-MWF (JPR) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| vs. | ) |
| TIM VIRGA, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 17, 2014

MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE